IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**NOE CARRILLO MAJARRO**                                                                 **PETITIONER**

vs.                                                    CIVIL ACTION No.: 3:24-CV-287-HTW-LGI

**WARDEN D. BAYSORE**                                                                **RESPONDENT**

## ORDER ADOPTING REPORT AND RECOMMENDATION

BEFORE THIS COURT is the Report and Recommendation of United States Magistrate Judge LaKeysha Greer Isaac **[Docket no. 17]**. In her Report and Recommendation, filed on September 30, 2025, Magistrate Judge Isaac recommended that the Petitioner's habeas petition be dismissed. Judge Isaac directed the parties to file any objections to his recommendation within fourteen (14) days. No objection was filed.

Based upon the findings and recommendation contained in the Report and Recommendation **[Docket no. 17]**, this court finds it well-taken; therefore, this Court hereby ADOPTS the Report and Recommendation of the Magistrate Judge as the order of this court.

**IT IS THEREFORE ORDERED that** this the Petition for Writ of Habeas Corpus [Docket no. 1] hereby is **DISMISSED without PREJUDICE**.

**SO ORDERED** this the 13th day of February, 2026.

                                          **/s/HENRY T. WINGATE**
                                          **UNITED STATES DISTRICT COURT JUDGE**